# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                         Case No. 20-10143-BPC
                                                              Chapter 13

HILDA M BROWN,

     Debtor.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

     The Chapter 13 Trustee filed a Notice to Dismiss (Doc. 38) under 11 U.S.C. § 1307 to dismiss this case because of a material default in payments under the confirmed chapter 13 plan. A hearing was held on January 26, 2022, at which time Debtor requested additional time to consider the conversion of this case to one under Chapter 7. In accordance with the ruling from the bench in open court, it is hereby

     ORDERED that this bankruptcy case is DISMISSED effective **February 9, 2022** unless Debtor converts the case to a case under Chapter 7 on or before the effective date.

     Done this 26th day of January, 2022.

                                                      Bess M. Parrish Creswell
                                                      United States Bankruptcy Judge

c:     Debtor
        Michael Brock, Attorney for Debtor
        Sabrina L. McKinney, Trustee
        All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*